VICTOR E. MEYER, Trading under the Registered Name of FARRAGUT SILK Co., Respondent, v. ISIDOR BIERMAN and Another, Copartners, etc.,

Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.